Enter JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JOSE CARLOS HERNANDEZ,<br><br>Petitioner,<br><br>v.<br><br>DOMINGO URIBE, JR., warden (A),<br><br>Respondent. | Case No. SACV 11-01108 R (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order.

DATED: August 9, 2011

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE